IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MONARCH BAY CAPITAL GROUP, LLC                                              PLAINTIFF

v.                                    Case No. 2:13-MC-00018

HIGHLINE TECHNICAL INNOVATORS, INC.
f/k/a SYSTEMS EVOLUTIONS, INC.                                              DEFENDANT

BANK OF FAYETTEVILLE                                                        GARNISHEE

## ORDER

Currently before the Court are Plaintiff Monarch Bay Capital Group, LLC's ("Monarch") motion to enforce writ of garnishment (Doc. 9) and brief in support (Doc. 10). On July 3, 2013, a writ of garnishment was issued to Garnishee Bank of Fayetteville (Doc. 5). The writ of garnishment stated that Defendant Highline Technical Innovators, Inc. f/k/a Systems Evolutions, Inc. ("Highline") owed an unsatisfied judgment of $50,000 plus interest to Monarch. The writ of garnishment also directed Bank of Fayetteville to file an answer to the writ setting forth a statement of the goods, chattels, monies, credits, or effects belonging to Highline that are currently in Bank of Fayetteville's possession. On July 19, 2013, Bank of Fayetteville filed its answer to the writ of garnishment (Doc. 8), averring that it possesses an account in Highline's name containing a balance of $981.62.

Therefore, IT IS ORDERED that Plaintiff's motion to enforce writ of garnishment is GRANTED, and Bank of Fayetteville is ORDERED to pay the sum of **$981.62** to Plaintiff, with this sum to be applied to the judgment that has been certified in this case. Bank of Fayetteville is directed to make payment of this sum by issuing a check to **Monarch Bay Capital Group, LLC** and mailing the check to the following address:

Joe D. Byars, Jr.
Attorney for Monarch Bay Capital Group, LLC
401 Lexington Avenue
Fort Smith, AR 72901

IT IS FURTHER ORDERED that upon payment of the amount stated herein, Bank of Fayetteville will be released and discharged from the writ of garnishment.

IT IS SO ORDERED this 26th day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE